The People of the State of New York, Respondent,
against
Allen Parker, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Shari Ruth Michels, J.), rendered January 8, 2014, after a nonjury trial, convicting him of harassment in the second degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Shari Ruth Michels, J.), rendered January 8, 2014, affirmed.
The verdict convicting defendant of harassment in the second degree (see Penal Law § 240.26[1]) was not against the weight of the evidence (see People v Danielson, 9 NY3d 342 [2007]). We find no reason on the record before us to disturb the court's determination to credit the complainant police officer's testimony that defendant bit the officer's right middle finger by placing the finger in his mouth and applying "strong pressure." On issues of pure credibility, we must accord deference to the factfinder "because [t]he memory, motive, mental capacity, accuracy of observation and statement, truthfulness and other tests of the reliability of witnesses can be passed upon with greater safety by those who see and hear than by those who simply read the printed narrative" (People v Romero, 7 NY3d 633, 645 [2006] [internal quotation marks omitted]). The fact that the court acquitted defendant on other charges does not require a different conclusion (see People v Hernandez, 123 AD3d 615, 616 [2014], lv denied 25 NY3d 1165 [2015]; People v Gutierrez, 91 AD3d 491 [2012]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 18, 2019